# PATRICK J. BRACKLEY

− ATTORNEY AT LAW −
233 BROADWAY, SUITE 2370
NEW YORK, NY 10279
TEL. (212) 334-3736
FAX (212) 513-7068

August 5, 2015

**COURTESY COPY**

The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
40 Foley Square
New York, N.Y. 10007

Re:     U.S. v. Cheng Le
        Dkt. # 15 Cr. 38 (ANJ)

Dear Judge Nathan:

      I am writing in reference to the above captioned matter.  I am humbly requesting you permit me to explain the chain of events leading to the "re-file" of the Letter in Opposition to the Governments In Limine Motion.

   I acknowledge receipt of your Order requesting the Response to be filed by August 4, 2015.

   As the ECF will indicate I filed my Response at 1:30am which I would request this Honorable Court take Judicial Notice is still considered to be "business hours" in Southern District standards.

   Evidently the Letter needed refiling which was done this evening.

   I am currently in the midst of a felony trial before the Honorable Richard Buchter in Queens County Supreme Court. This matter will conclude by this Friday. This will hopefully explain the delay in refiling after the error notice on ECF.

   It is my honor and privilege to appear before you and hold sacrosanct the Rules and seek to adhere to them without exception.

  This letter is to offer an explanation even though I would be the first to state there is never an excuse.  Thank you for your time and consideration.  I remain,

Respectfully submitted,

  <u>s/ Patrick J. Brackley</u>

             Patrick J. Brackley (PJB 6808)

cc: AUSA  Ilan Graff (via e-mail/fax)