

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York   10007*

August 11, 2015

**BY HAND AND ECF**

Hon. Alison J. Nathan
United States Courthouse
40 Foley Square
New York, NY 10007

>   Re:   **United States v. Cheng Le**
>         **S1 15 Cr. 38 (AJN)**

Dear Judge Nathan:

      In anticipation of trial in the above-captioned matter, which is slated to being on August 24, 2015, the parties have agreed upon the following short description of the case, to be read to the jury during *voir dire* before the jury is informed of the specific counts in the Indictment:

>   This case involves the defendant's alleged attempt to obtain lethal quantities of ricin, a biological toxin, for use as a weapon.   In particular, the defendant is alleged to have tried to order ricin via an encrypted online marketplace from someone whom the defendant thought was a ricin trafficker but was, in fact, an undercover employee of the Federal Bureau of Investigation (that is, the "FBI"). The defendant is alleged to have used another individual's identity as part of his efforts to obtain the ricin, and to have used a false name in connection with a

mailing to further his criminal scheme.   As a result of these allegations, the Indictment charges the defendant in three counts:

The parties respectfully suggest that the Court then proceed to an enumeration of the three counts in which the defendant is charged.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney

       By:__/s/_Ilan Graff_____
          Ilan Graff/Andrew Beaty
          Assistant United States Attorneys
          (212) 637-2296/2198

cc: Patrick Brackley, Esq. (by ECF)