```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Cheng Le,

Defendant.

20-cv-1782 (AJN)
15-cr-38 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, the Court hereby grants Defendant Cheng Le's request for appointment of counsel, Case No. 15-cr-38, Dkt. No. 83 at 23; Case No. 20-cv-1782, Dkt. No. 1 at 23, for the purpose of filing a reply in support of Le's pending 18 U.S.C. § 2255 motion and for the purpose of submitting further briefing addressing the appropriate next steps regarding Le's motion for return of property and motion for discovery, in light of the Government's recent admission that it improperly failed to retain Le's property in spite of his timely request, *see* Case No. 15-cr-38, Dkt. No. 96; Case No. 20-cv-1782, Dkt. No. 19.

      The CJA Clerk is respectfully directed to appoint counsel for Le consistent with this order. Once counsel is appointed, he or she shall file a notice of appearance, after which the Court shall set a date by which any further briefing shall be due. The Clerk of Court is respectfully directed to mail a copy of this order to Le.

      SO ORDERED.

Dated: October 14, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge