USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Cheng Le,

Defendant.

20-cv-1782 (AJN)
15-cr-38 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The parties are hereby ORDERED to meet and confer and propose a briefing schedule for the pending motions in this matter. They shall submit a joint letter within two weeks of this order.

SO ORDERED.

Dated: May 19, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge