UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/21

United States of America,

—v—

Cheng Le,

Defendant.

15-cr-38 (AJN)
20-cv-1782 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received a letter in the mail from Defendant Cheng Le. The Court has filed the letter under seal and provided a copy to Mr. Le's counsel. Defense counsel is ORDERED to file a letter on or before December 21, 2021, confirming that he has conferred with the Defendant on the issue outlined in the letter. Because the Defendant is represented by counsel, the Court will not take any further action based on the letter

    SO ORDERED.

Dated: December 15, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge