UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Cheng Le,

Defendant.

15-cr-38 (AJN)
20-cv-1782 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/22

ALISON J. NATHAN, District Judge:

The Court received a letter in the mail from Defendant Cheng Le. The Court has filed the letter under seal and provided a copy to Mr. Le's counsel. Defense counsel is ORDERED to file a letter on or before January 28, 2022, confirming that he has conferred with the Defendant on the issue outlined in the letter. Because the Defendant is represented by counsel, the Court will not take any further action based on the letter.

SO ORDERED.

Dated: January 21, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge