UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/22
```

United States of America,

–v–

Cheng Le,

Defendant.

20-cv-1782 (AJN)
15-cr-38 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Court is in receipt of Defense counsel's letter motion to be relieved as counsel in the above referenced matters. *See* Dkt. No. 117, Case No. 15cr38; Dkt. No. 41, Case No. 20cv1782.

Defense counsel is ORDERED to confer with Mr. Le and submit a declaration on or before **April 18, 2022**, indicating that Mr. Le is making a knowing and voluntary waiver of appointed counsel.

The Court hereby ADJOURNS the deadline for Petitioner's replies to **May 2, 2022**.

SO ORDERED.

Dated: April 4, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation