**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8-9-23__

------------------------------------------------x
                                                 :
UNITED STATES OF AMERICA                          :
                                                 :
          -against-                              :                    **ORDER**
                                                 :
                                                 :
                                                 :
                                                 :               15CR38 & 20cv1782(ALC)
                                                 :          _____
**CHENG LE**                                      :                    Docket #
                                                 :
------------------------------------------------x

**Andrew L. Carter, Jr.**___, **DISTRICT JUDGE**:
          Judge's Name

The C.J.A. attorney assigned to receive cases on this day,
**David Wikstrom**_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.


                         **SO ORDERED.**


                         _____
                         **UNITED STATES DISTRICT JUDGE**




**Dated:   New York, New York**
          8/9/23