USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/30/23__

LAW OFFICES
DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

October 26, 2023

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

       Re: <u>United States v. Cheng Le, 15 CR 38 (ALC), 20 CV 1782 (ALC)</u>

Dear Judge Carter:

      I write to the Court in response to its Order of October 13 (ECF #123).

      I have conferred via email and phone with Mr. Le. We were able to discuss, albeit briefly, both of the topics identified in the Court's orders of 9/21/20 and 10/14/2020, ECF ## 94, 97. He raised a number of related issues that will require additional consultation with him, and preparation by me. I am fully aware of the extensive delays in the matter that preceded my appointment; nevertheless, the first thing I must ask the Court for is additional time.

      I therefore respectfully request a 90-day postponement of the deadline for filing Mr. Le's Reply Brief. The Government, by AUSA Jane Chong, consents to the application.

                                Respectfully,

                                  David Wikstrom

The application is **GRANTED**. Defense counsel's letter indicating whether he has conferred with his client is due 1/26/24.
So Ordered.

*/s/ Andrew L. Carter, Jr.*    10/30/23