USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-6-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                       Plaintiff,

      -against-                             15-CR-38 (ALC)
                                      20-CV-1782 (ALC)

CHENG LE,                              **ORDER**

                      Defendant.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties shall file a joint status report on **September 13, 2024**.

**SO ORDERED.**

Dated:     New York, New York
             September 6, 2024

                                              */s/ Andrew L. Carter, Jr.*
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**